UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEFFREY D. HOUSE,

        Plaintiff,

        v.                                      Case No. 22-C-911

CITY OF RACINE POLICE DEPARTMENT,
NICHOLAS GROTH,
CRAIG KLEPEL,
INV RASMUSSEN,
STEVEN BEAL, and
K-9 ODIN,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

      Plaintiff Jeffrey D. House filed this action against Defendants City of Racine Police Department, Nicholas Groth, Craig Klepel, Inv Rasmussen, Steven Beal, and K-9 Odin on August 9, 2022. On August 30, 2022, Magistrate Judge William E. Duffin screened the complaint and filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that K-9 Odin, Nicholas Groth, and the City of Racine Police Department be dismissed as defendants. On September 12, 2022, Plaintiff indicated that he does not object to the removal of Nicholas Groth from this case. He has not objected to the dismissal of K-9 Odin and the City of Racine Police Department as defendants.

      After careful consideration of the Report and Recommendation as well as the record as a whole, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety. K-9 Odin, Nicholas Groth, and the City of Racine Police Department are dismissed as defendants in this action. Pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure

4(c)(2), the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons, the Magistrate Judge's report and recommendation, and this order upon Defendants Craig Klepel, Inv Rasmussen, and Steven Beal. Even though Plaintiff has been permitted to proceed *in forma pauperis* in this case, he is still responsible for the cost of serving the complaint on the defendants. Plaintiff is advised that Congress requires the Marshals Service to charge for making or attempting to make such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8.00 per item. The full fee schedule is provided in Revision to United States Marshals Service Fees for Services. 28 C.F.R. § 0.114(a)(2), (a)(3). This matter is returned to the magistrate judge for further proceedings.

**SO ORDERED** at Green Bay, Wisconsin this 15th day of September, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge

2

Case 2:22-cv-00911-WED   Filed 09/15/22   Page 2 of 2   Document 10